1  DAVID ALLEN (SBN 87193)
   DAVID ALLEN & ASSOCIATES
2  5230 Folsom Boulevard
   Sacramento, CA  95819
3  Telephone:  (650) 455-4800
   Facsimile:   (650) 451-5687
4
   Attorneys for Plaintiff
5  ANITA LUA

6  ROPERS, MAJESKI, KOHN & BENTLEY
   PAMELA E. COGAN (SBN 105089)
7  BLAKE J. RUSSUM (SBN 258031)
   1001 Marshall Street, Suite 500
8  Redwood City, CA  94063-2052
   Telephone:     (650) 364-8200
9  Facsimile:      (650) 780-1701
   Email:           pamela.cogan@rmkb.com;
10 blake.russum@rmkb.com

11 Attorneys for Defendant
   LIBERTY LIFE ASSURANCE COMPANY OF
12 BOSTON

13
                UNITED STATES DISTRICT COURT
14
                EASTERN DISTRICT OF CALIFORNIA
15

16

17 ANITA LUA,                          CASE NO.  2:16- cv-00597-JAM-KJN

18              Plaintiff,             **STIPULATION AND  ORDER
                                       DISMISSING ACTION WITH PREJUDICE**
19 v.

20 LIBERTY LIFE ASSURANCE
   COMPANY OF BOSTON,
21
                Defendant.
22

23     IT IS HEREBY STIPULATED by and between the Plaintiff, ANITA LUA, and

24 Defendant, LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, by and through their

25 respective attorneys of record, that the above-captioned action shall be, and hereby is, dismissed

26 with prejudice as to all parties and claims pursuant to Federal Rules of Civil Procedure

27 §41(a)(1)(A)(ii).  Each party shall bear its own attorney's fees and costs.

28

All signatories to this Stipulation, and all parties on whose behalf the filing is submitted, concur with the Stipulation's content and have authorized its filing.

Dated: November 22, 2016        DAVID ALLEN & ASSOCIATES

By: //s// *David Allen*
    DAVID ALLEN
    Attorneys for Plaintiff
    ANITA LUA

Dated: November 22, 2016        ROPERS, MAJESKI, KOHN & BENTLEY

By: //s// *Stacy Tucker*
    PAMELA E. COGAN
    STACY M.TUCKER
    BLAKE J. RUSSUM
    Attorneys for Defendant
    LIBERTY LIFE ASSURANCE
    COMPANY OF BOSTON

**ORDER**

Pursuant to the Stipulation of the parties, this matter is hereby is, dismissed with prejudice as to all parties and claims pursuant to Federal Rules of Civil Procedure §41(a)(1)(A)(ii).  Each party shall bear its own attorney's fees and costs.

IT IS ORDERED:

Dated: 11/22/2016        /s/ John A. Mendez
_____
HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE